# EXHIBIT A

1900091.1

Form 1.997

## Civil Cover Sheet

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

I. CASE STYLE

IN THE CIRCUIT COURT IN AND FOR CHARLOTTE COUNTY, FLORIDA

Plaintiff:    Crystal Oseibomsu

07 11594

Case No.: _____

v.

Judge: DIVISION B

Defendant:    Pfizer, Inc., et al.

II.    TYPE OF CASE:    (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

Domestic Relations
__ Simpl. dissolution
__ Dissolution
__ Support - IV-D
__ Support - Non IV-D
__ URESA - IV-D
__ URESA - Non IV-D
__ Domestic violence
__ Other domestic relations

Torts
__ Prof. Mal.
_X_ Prod. Liab.
__ Auto Negl.
__ Other Negl.

Other Civil
__ Contracts
__ Condominium
__ Real Property/Mtg. Forecl.
__ Eminent domain
__ Other

III.    Is Jury Trial Demanded in Complaint?

_X_ Yes
__ No

Date: 9/10/07

Signature of attorney for party initiating action

1