# EXHIBIT B

1900091.1

## Walz, David J.

**From:** Brenda S. Fulmer [bfulmer@tampatriallawyers.com]
**Sent:** Monday, October 01, 2007 1:30 PM
**To:** Walz, David J.
**Subject:** RE: Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy

sorry for the delay. It is the same response on Oseibomsu as well, just haven't reached that one yet in the stack of emails.


Brenda S. Fulmer, Esquire
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
Tampa, FL 33602
(813) 222-0977

> -----Original Message-----
> **From:** Walz, David J. [mailto:DWalz@carltonfields.com]
> **Sent:** Monday, October 01, 2007 11:35 AM
> **To:** Brenda S. Fulmer
> **Cc:** Jenny Dixon
> **Subject:** RE: Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy
>
> Thanks, Brenda. Sorry to belabor the point, but is your response yes to both of my earlier messages - the one below and the one re: Oseibomsu? Thanks again.

---

**From:** Brenda S. Fulmer [mailto:bfulmer@tampatriallawyers.com]
**Sent:** Monday, October 01, 2007 10:50 AM
**To:** Walz, David J.
**Cc:** 'Jenny Dixon'
**Subject:** RE: Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy

yes and yes on the stipulations. Thanks.


Brenda S. Fulmer, Esquire
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
Tampa, FL 33602
(813) 222-0977

> -----Original Message-----
> **From:** Walz, David J. [mailto:DWalz@carltonfields.com]
> **Sent:** Monday, October 01, 2007 10:40 AM
> **To:** Brenda S. Fulmer
> **Subject:** Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy
>
> Brenda - we received the attached complaint filed in Hillsborough County re: your client Julia Rose and allegations related to Bextra use. Similar to our prior agreements, will you stipulate to the following:
>
> 1) Plaintiff is, and was at the time of filing, a Florida citizen, and

10/5/2007

2) The amount in controversy, exclusive of interest and costs, exceeded $75,000 at the time of filing and continues to exceed that amount.

Please contact me if you have any questions or need any further information. Thank you.

**David J. Walz**
**Carlton Fields, P.A.**
Corporate Center Three at International Plaza
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
(813) 229-4174 direct
(813) 223-7000 main
(813) 229-4133 fax
dwalz@carltonfields.com
http://www.carltonfields.com