# EXHIBIT C

IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

CRYSTAL OSEIBOMSU,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　CASE NO.: 07-11594

PFIZER INC.; PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER INC.;
and PHARMACIA & UPJOHN COMPANY,
LLC, a wholly-owned subsidiary of
PHARMACIA CORPORATION,

    Defendants.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:   Clerk of the Circuit Court of Hillsborough County, Florida:

You are hereby notified that defendants Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company LLC (incorrectly captioned as "Pharmacia & Upjohn Company, LLC") have on the 5th day of October, 2007, filed in the United States District Court for the Middle District of Florida, Tampa Division, a Notice of Removal to Federal Court of the above-entitled cause, a copy of which is attached hereto and made a part of the Notice to Clerk, for your information and guidance. This Notice serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this state court from proceeding further in this case, unless and until this case is remanded hereto by the United States District Court.

                                          _____
                                          Edward W. Gerecke
                                          Florida Bar No. 328332
                                          CARLTON FIELDS, P.A.
                                          Post Office Box 3239
                                          Tampa, Florida 33601
                                          Telephone:  (813) 223-7000
                                          Facsimile:   (813) 229-4133
                                          E-Mail:       egerecke@carltonfields.com

12304015.1

Attorneys for Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company LLC

## CERTIFICATE OF SERVICE

I CERTIFY that copies of this pleading were mailed to Brenda S. Fulmer, C. Todd Alley, and James D. Clark, 701 E. Washington Street, P.O. Box 3127, Tampa, Florida 33601, this 5th day of October, 2007.

_____
Attorney

2

12304015.1