MDLOUT , STAYED

## U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:07-cv-01826-EAK-EAJ
## Internal Use Only

CV 07     5827

Oselbomsu v. Pfizer Inc et al
Assigned to: Judge Elizabeth A. Kovachevich
Referred to: Magistrate Judge Elizabeth A. Jenkins
Case in other court: State Court-09/10/07, 07-11594
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/05/2007
Date Terminated: 11/14/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj.
Prod. Liability
Jurisdiction: Diversity

CRB

**Plaintiff**

Crystal Oselbomsu

represented by  Brenda S. Fulmer
Alley Clark Grelwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email:
bfulmer@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Christopher Todd Alley
Alley Clark Grelwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email:
talley@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Donald Guy Grelwe
Alley Clark Grelwe & Fulmer
701 E Washington St
PO Box 3127

*Efiling*

I certify the foregoing is he a true
and correct copy of the original
SHERYL L. LOESCH Clerk
United States District Court
Middle District of Florida
by _____ [signature]

Tampa, FL 33601-3127
813/250-0608
Fax: 813/229-7982
Email:
dgreiwe@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James D. Clark
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email:
jclark@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Defendant

Pfizer Inc                    represented by Edward W. Gerecke
                              Carlton Fields, PA
                              4221 W Boy Scout Blvd - Suite
                              1000
                              PO Box 3239
                              Tampa, FL 33601-3239
                              813/223-7000
                              Fax: 813/229-4133
                              Email:
                              egerecke@carltonfields.com
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

Defendant

Pharmacia Corporation         represented by Edward W. Gerecke
*a wholly-owned subsidiary of*              (See above for address)
*Pfizer, Inc.*                             *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

Defendant

Pharmacia & UpJohn Company,    represented by Edward W. Gerecke
LLC                                        (See above for address)
*a wholly-owned subsidiary of*             *LEAD ATTORNEY*

Pharmacia Corporation                                **ATTORNEY TO BE NOTICED**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | 1 | NOTICE OF REMOVAL from Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, case number 07-11594, Division B, filed in State Court on 09/10/07. Filing fee $ 350, receipt number T043343 filed by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(CH) (Entered: 10/09/2007) |
| 10/05/2007 | 2 | COMPLAINT filed in state court on 9/10/07 against Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer Inc ; jury demand filed by Crystal Oselbomsu.(CH) (Entered: 10/09/2007) |
| 10/15/2007 | 3 | ANSWER and affirmative defenses to complaint with Jury Demand by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer Inc.(Gerecke, Edward) (Entered: 10/15/2007) |
| 10/15/2007 | 4 | CERTIFICATE of interested persons and corporate disclosure statement *per Federal Rule of Civil Procedure 7.1* by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer Inc. (Gerecke, Edward) (Entered: 10/15/2007) |
| 10/15/2007 | 5 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, Pfizer Inc. (Gerecke, Edward) (Entered: 10/15/2007) |
| 10/16/2007 | 6 | ENDORSED ORDER granting 5 Motion to stay pending transfer to the MDL. Signed by Judge Elizabeth A. Kovachevich on 10/16/2007. (sn) (Entered: 10/16/2007) |
| 11/14/2007 | 7 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California MDL case number: 1699 (JLH) (Entered: 11/14/2007) |