BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1699 |
| This document relates to: | Civil Action No. 3:2007-cv-05827 |
| CRYSTAL OSEI-BONSU, Plaintiff, vs. | UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT |
| PFIZER INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER INC., and PHARMACIA & UPJOHN COMPANY, LLC, a wholly-owned subsidiary of PHARMACIA CORPORATION, Defendants. | |

_____/

### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, CRYSTAL OSEIBOMSU, moves this Honorable Court pursuant to Rule 15, Federal Rules of Civil Procedure, for leave to amend her Complaint. As grounds in support of this motion, Plaintiff states as follows:

1

1. Plaintiff initially filed this action against Defendants Pfizer Inc., et al., on September 10, 2007, in Florida State court.

2. There was a scrivener's error in the spelling of the Plaintiff's legal name. The correct spelling of the Plaintiff's name is Crystal Osei-Bonsu.

3. Plaintiff seeks to amend her complaint (the proposed Amended Complaint is attached as Exhibit "A") to identify her proper legal name. The granting of this Motion will not result in any prejudice to Defendants and should relate back to the original date of filing of the complaint.

4. Plaintiff's counsel has consulted with counsel for Defendants herein and defense counsel has no objections to the amendment of the Plaintiff's complaint as set forth herein.

WHEREFORE, Plaintiff requests that this Court enter its order granting her Motion for Leave to Amend Complaint. Further, Plaintiff requests that this Court order the Amended Complaint attached hereto to be filed *instanter* and direct said Defendants to timely file appropriate responses.

Dated this 9th day of Jan, 2008.

By: ___/s/ Brenda S. Fulmer___
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of January, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Edward W. Gerecke, Esquire, Carlton,

2

Fields, et al., Post Office Box 3239, Tampa, FL 33601-3239, Attorneys for Defendants Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, (f/k/a G.D. Searle & Co.), and Monsanto Company.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*bfulmer@tampatriallawyers.com*
Attorneys for Plaintiff

IT IS HEREBY ORDERED, pursuant to the above Motion, that Plaintiff's Motion is granted.

Dated this 09 day of January, 2008.

HON. CHARLES R. BREYER
Judge, United States District Court
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

3