Attorneys for Plaintiff, **CRYSTAL OSEI-BONSU**
ALLEY▪CLARK▪GREIWE
Counsel for Plaintiff
701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: **3: 07-cv-5827**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Plaintiff Name(s),<br>**CRYSTAL OSEI-BONSU**<br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **CRYSTAL OSEI-BONSU**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 4/7, 2009    By: _____
ALLEY▪CLARK▪GREIWE

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

|     |                                          |
| --- | ---------------------------------------- |
| 1   |              Counsel for Plaintiff       |
| 2   |              701 E. Washington Street    |
| 3   |              Tampa, Florida 33602        |
|     |              Phone: 813-222-0977         |
| 4   |              Facsimile: 813-224-0373     |
| 5   |              Attorneys for Plaintiff,    |

DATED: April 6, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2009          _____
                              Hon. Charles R. Breyer
                              United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**